# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

NORMAN EUGENE ORR,

      Plaintiffs,

      v.                        CASE NO.  17-3111-SAC-DJW

WILLIE WILKINSON, et al.,

      Defendants.

## O R D E R

Plaintiff Norman Eugene Orr, is a prisoner housed at the Montgomery County Jail in Independence, Kansas.  Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. Plaintiff filed a motion for leave to proceed *in forma pauperis*.  (Doc. 2.)  On July 7, 2017, the Court entered an order (Doc. 3) granting Plaintiff's motion to proceed *in forma pauperis*, and assessed an initial partial filing fee of $2.50.  The Order provided that failure to pay the partial fee within fourteen days from receipt of the order "may result in the dismissal of this matter without further notice."  To date, Plaintiff has not submitted the partial fee or filed an objection to the fee order.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'"  *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)).  "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met."  *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

The time for Plaintiff to pay the partial fee has passed without any response from Plaintiff. As a consequence, the Court dismisses this action without prejudice pursuant to Rule 41(b) for failure to comply with court orders.

**IT IS THEREFORE BY THE COURT ORDERED** that this action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated on this 11th day of August, 2017, in Topeka, Kansas.**

**s/ Sam A. Crow**
**SAM A. CROW**
**U. S. Senior District Judge**